United States Courts
Southern District of Texas
FILED
*August 19, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO. **L-25-CR-1285** |
| **JAIME DIAZ,** § **EDWIN JOEL BUESA-PEREIRA, and** § **MILTON ADONAI CANTARERO-DIAZ** § | **JAK** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about July 25, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME DIAZ,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent K.O., and inflicted bodily injury, while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

### COUNT TWO

On or about July 25, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**EDWIN JOEL BUESA-PEREIRA,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent J.L., and engaged in acts involving physical contact, while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

### COUNT THREE

On or about July 25, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### EDWIN JOEL BUESA-PEREIRA,

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent L.H., and engaged in acts involving physical contact, while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

### COUNT FOUR

On or about July 25, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### MILTON ADONAI CANTARERO-DIAZ,

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent L.H., and engaged in acts involving physical contact, while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
Manuel Cardenas
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET  L-25-CR-1285

NO._____

__LAREDO__ DIVISION

FILE: 25-09651          MAG#: 25-01418
<u>INDICTMENT</u>          Filed: <u>August 19, 2025</u>

Judge:__JAK_____

ATTORNEYS:

UNITED STATES OF AMERICA

<u>NICHOLAS J. GANJEI, USA</u>
<u>MANUEL CARDENAS, AUSA</u>

VS.

**JAIME DIAZ,**
**EDWIN JOEL BUESA-PEREIRA, and**
**MILTON ADONAI CANTARERO-DIAZ**

**CHARGE:**

| | |
|---|---|
| Ct. 1: | Assault on a Federal Officer and inflicted bodily injury [18 USC 111(a)(1) and (b)] |
| Cts. 2-4: | Assault on a Federal Officer by physical contact [18 USC 111(a)(1)] |

**TOTAL COUNTS: 4**

**PENALTY:**

| | |
|---|---|
| Ct. 1: | Not More than 20 Years and/or $250,000, $100 Special Assessment, Not More Than a 3 Year Term of Supervised Release |
| Cts. 2-4: | Not More than 8 Years and/or $250,000, $100 Special Assessment, Not More Than a 3 Year Term of Supervised Release [Each Count] |